TRIAL COURT CASE NO. D-1-GN-24-003659

§ IN THE DISTRICT COURT
§
§ TRAVIS COUNTY, TEXAS
§
§
§ JUDICIAL DISTRICT

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/21/2025 2:59:32 PM
CHRISTOPHER A. PRINE
Clerk

## DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: FEBRUARY 19, 2025

Type of Order (Interlocutory or Final) FINAL

Date Motion for New Trial Filed:

Request for Findings of Fact and Conclusions of Law filed:

Date Notice of Appeal Filed: MARCH 21, 2025

Name of judge who entered judgment: MAYA GUERRA GAMBLE

Name of court reporter: ALICIA DUBOIS

Address of court reporter: 1700 GUADALUPE, 11TH FLOOR, AUSTIN, TX 78701

Name of attorney on appeal: MARC MEYER          SB#: 24070266

Attorney Address: 2300 WOODFOREST PARKWAY N., STUITE 600, MONTGOMERY, TX 77316

Attorney E-Mail Address: marc@marcmeyerlawfirm.com

Attorney on appeal (check applicable box):

☐ appointed          ☑ retained          ☐ Pro Se

Name of Appellee's Attorney: KATHY JOHNSON          SB# 24126964

Attorney Address: PO BOX 12548, CAPITAL STATION, AUSTIN, TX 78711-2548

Attorney E-Mail Address: KATHY.JOHNSON@OAG.TEXAS.GOV

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail          _____Hand Delivery          _____Mail

On_____          By:_____(clerk's initials)